FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 09, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEVIN HINTON,<br><br>    Plaintiff,<br><br>    v.<br><br>SPOKANE COUNTY SHERIFF'S OFFICE; SPOKANE COUNTY; CITY OF SPOKANE VALLEY POLICE DEPARTMENT; CITY OF SPOKANE VALLEY; SERGEANT CLAY HILTON, in his official and personal capacity; JOHN NOWELS, in his official and personal capacity; and DAVE ELLIS, in his official and personal capacity,<br><br>    Defendants. | No. 4:24-CV-00284-SAB<br><br>**ORDER CONTINUING STAY** |

    On July 8, 2025, Defendant Hilton filed a Second Amended Status Certificate asking the Court to continue the stay in this matter because the underlying criminal proceeding is still pending. ECF No. 33. Defendant Hilton is represented by Amanda Bley Kuehn.

    Accordingly, **IT IS HEREBY ORDERED:**

    1.    The stay previously imposed in the above-captioned case is **continued**

**ORDER CONTINUING STAY** ~ 1

until further Order from the Court.

    2.    On or before **November 15, 2025**, Defendant Hilton shall file a status certificate with the Court indicating the status of his state criminal prosecution.

    **IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and set a case management deadline accordingly.

    **DATED** this 9th day of July 2025.



_____
Stan Bastian
Chief United States District Judge

**ORDER CONTINUING STAY** ~ 2